IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Criminal Action No. 04-cr-00209-WDM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LUIS TOMAS RAMIREZ-NINO,

    Defendant.

_____

## ORDER
_____

    This matter is before me on the defendant's *pro se* Motion for Resentencing/Reconsideration Alternatively Notice of Appeal with Declaration filed November 26, 2007 (doc. no. 21). A notice of appeal has been filed by counsel (doc. no. 22). It is ordered that defendant's *pro se* Motion for Resentencing/Reconsideration Alternatively Notice of Appeal with Declaration is stricken as this court does not allow hybrid representation.

    DATED at Denver, Colorado, on November 30, 2007.

                                           BY THE COURT:

                                           s/ Walker D. Miller
                                           United States District Judge

PDF FINAL