IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Criminal Action No. 04-cr-00209-WDM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LUIS TOMAS RAMIREZ-NINO,

    Defendant.

_____

**MINUTE ORDER**
_____

JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

    The motion to reconsider alternatively amended notice of appeal is stricken. Defendant has counsel; hybrid representation is not permitted.


Dated: December 19, 2007

                                                s/ Jane Trexler, Judicial Assistant